CLERK, U.S. DISTRICT COURT
May 25, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLYNN THOMAS,<br><br>                Plaintiff,<br><br>v.<br><br>DESIGNED RECEIVABLE SOLUTIONS, INC.,<br><br>                Defendant. | CASE NO. 5:20-cv-02287-SB-KK<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the Joint Stipulation of Dismissal with Prejudice, grants the parties' stipulation of dismissal. This case is dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

    **IT IS SO ORDERED.**

DATED: May 25, 2021

                                                      Hon. Stanley Blumenfeld, Jr.
                                                    U.S. District Court Judge